The Supreme Court docket number is SC 16027.

*Tara L. Knight*, in support of the petition.

*Richard F. Jacobson*, assistant state's attorney, in opposition.

Decided October 22, 1998

ELIZABETH K. HIRSCHFELD, EXECUTRIX (ESTATE OF ALVIN J. HIRSCHFELD) *v.* T. DONALD HIRSCHFELD

The defendant's petition for certification for appeal from the Appellate Court, 50 Conn. App. 280 (AC 17144), is denied.

*Linda S. Morkan, Frank F. Coulom, Jr.,* and *Bradford S. Babbitt*, in support of the petition.

*Richard P. Weinstein* and *Nathan A. Schatz*, in opposition.

Decided October 22, 1998

STATE OF CONNECTICUT *v.* RONALD VUMBACK

The defendant's petition for certification for appeal from the Appellate Court (18228) is denied.

BERDON, J., dissenting. By denying certification in this case, the majority of this court summarily strips the defendant of his choice of counsel without affording him an opportunity to be heard before the court on the merits of the disqualification.

The defendant, Ronald Vumback, was charged with several counts of sexual assault and risk of injury to a child. On February 27, 1998, the state moved to disqualify his attorney, Norman A. Pattis, citing a purported